UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x
LISA VASQUEZ, On Behalf of Her Infant :
Daughter, J.V., :
:
                Plaintiff, :
:
-against- :
: Case No. 19-cv-05997-FB-CLP
SUCCESS ACADEMY CHARTER SCHOOLS, :
INC.; and SUCCESS ACADEMY CHARTER :
SCHOOL PROSPECT HEIGHTS, :
:
                Defendants. :
:
------------------------------------x

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that Plaintiff has accepted Defendants' Offer of Judgment made pursuant to Fed. R. Civ. P. 68(a). Defendants' offer and Plaintiff's acceptance are annexed hereto as Exhibits A and B, respectively.

Although the Offer of Judgment provides for "costs, including reasonable attorneys' fees allowed by law and approved by the Court," the Parties are attempting to resolve this sole remaining issue without the Court's intervention. Defendants respectfully request that the Parties be permitted to continue their discussions and try to agree upon the amount of the attorneys' fees and costs before any briefing schedule on the issue is set.

Dated: February 5, 2021  
       New York, New York

Respectfully submitted,

By: /s/ Joshua H. Arocho  
Aaron M. Safane  
Halimah I. Famuyide  
Joshua H. Arocho  
Success Academy Charter Schools, Inc.  
95 Pine Street, Floor 6  
New York, NY 10005  
Tel: (516) 308-2805  
Fax: (646) 961-4739  
aaron.safane@successacademies.org  
halimah.famuyide@successacademies.org  
joshua.arocho@successacademies.org

*Attorneys for Defendants*