# Exhibit B



# Lisa Vasquez -- Rule 68 Offer

**Leo Glickman** <lglickman@stollglickman.com>　　　　　　　　　　　　　　　　　　　　Mon, Feb 1, 2021 at 5:18 PM
To: Joshua Arocho <joshua.arocho@successacademies.org>, Aaron Safane <aaron.safane@successacademies.org>, Halimah Famuyide <halimah.famuyide@successacademies.org>

Let this email serve as notice pursuant to Fed. R. Civ. P. 68(a) that the plaintiff accepts defendants' Rule 68 offer. Attached please find plaintiff's attorneys fees up through the time defendants sent their Rule 68 offer. In addition, plaintiff had a total of $400 in expenses, which was the filing fee for this matter.

Leo Glickman
Stoll, Glickman & Bellina, LLP
5030 Broadway, Ste. 652
New York, NY 10034
718-852-3710
www.stollglickman.com

 **Time Entries on Selected File.pdf**
11K